AO 91 (Rev. 11/11)  Criminal Complaint

| | | |
|---|---|---|
| AUSA: Barbara Lanning | | Telephone: (313) 226-9100 |
| Task Force Officer: Derrick Hadder | | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Derrick Deshawn Chestang

Case No. 2:26-mj-30071
Judge: Unassigned,
Filed: 02-11-2026 At 11:18 AM
CMP USA V. CHESTANG (DA)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 9, 2026__ in the county of __Wayne__ in the __Eastern__ District of __Michgan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Derrick Hadder, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Judge's signature

Date: February 11, 2026

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Derrick Hadder, being duly sworn, state:

## INTRODUCTION & BACKGROUND

1. I am a police officer with the City of Canton Police Department and have been for the last five years. Prior to my employment with the Canton Police Department, I was a police officer with the Dearborn Police Department for approximately 25 years. Since April 2025, I have been assigned to the FBI Detroit Violent Crime Task Force ("VCTF") as a Task Force Officer ("TFO"). As an FBI TFO, I am authorized to investigate violations of law of the United States and to execute warrants issued under the authority of the United States.

2. During my law enforcement career, I have participated in numerous federal and state criminal investigations involving firearms, violent crime, and drug trafficking, including investigations involving violations of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm). I have participated in various aspects of these criminal investigations, including conducting interviews, physical surveillance, and obtaining and executing federal and state search warrants.

3. The information set forth in this affidavit is based on my personal knowledge from participating in this investigation; from reviewing reports written by other law enforcement personnel; collaborating with other law enforcement

personnel involved with the investigation; reviewing documents, photographs, and videos related to this investigation, and my training and experience.

4.     FBI is currently conducting a criminal investigation concerning Derrick Deshawn CHESTANG for violation of 18 U.S.C. § 922 (g)(1), as a felon in possession of a firearm.

**PROBABLE CAUSE**

5.     On February 9, 2026, Detroit Police Department Special Operations officers were tasked with locating Derrick Deshawn CHESTANG for the purpose of arresting him on probable cause for a shooting that occurred in Inkster, Michigan. Officers received information CHESTANG was in Detroit, Michigan and were provided with the description of a red Dodge Avenger.

6.     Detroit Special Ops officers patrolling in the area of Greenfield Road and Paul Avenue saw the red Avenger pull into a gas station on Greenfield, in Detroit, Michigan. Officers followed the Avenger into the gas station. But by the time officers were able to get into the gas station parking lot, the Avenger was parked at a gas pump and the driver's seat was empty.

7.     The officers entered the gas station and observed a subject matching CHESTANG's description standing at the counter.  The officers arrested CHESTANG. Officers searched CHESTANG and found a Smith & Wesson MP9, 9mm handgun in the right side of his waistband.

8. I reviewed records related to CHESTANG's criminal history and learned that on or about February 25, 2019, CHESTANG was charged with three counts of carrying a concealed weapon in Wayne County's Third Circuit Court. On April 19, 2019, CHESTANG pleaded guilty to one count of carrying a concealed weapon. He was later sentenced to probation.

9. On February 10, 2026, Interstate Nexus Expert, Alcohol, Tobacco and Firearms (ATF) Special Agent Michael Jacobs was provided with the identifying information for the Smith & Wesson that was recovered from CHESTANG's waistband. Based on SA Jacobs' training and experience with the interstate nexus of firearms and the description of the Smith & Wesson provided to him, including the serial number, SA Jacobs' concluded that the Smith & Wesson is a "firearm" as defined in 18 U.S.C. § 921(a)(3). SA Jacobs also concluded that the Smith & Wesson was not manufactured in the State of Michigan, and therefore, traveled in interstate or foreign commerce.

## CONCLUSION

12.     Based on the above information, there is probable cause that on or about February 9, 2026, in the Eastern District of Michigan, that Derrick Deshawn CHESTANG knowing that he had previously been convicted of a felony, knowingly possessed a firearm – specifically a Smith & Wesson model MP9 9 mm handgun, in and affecting interstate or foreign commerce in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Derrick Hadder, FBI TFO

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. Elizabeth A. Stafford
United States Magistrate Judge

Dated:  February 11, 2026